# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Urban Smith,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                             3:11cv119

Toyota Motor Credit Corporation,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 11, 2011 Order.

                                                 Signed: May 11, 2011

                                                 Frank G. Johns, Clerk
                                                 United States District Court